WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for Defendant, Versa Marketing, Inc.

UNITED STATES DISTRICT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH FROZEN FOOD, an Oregon corporation, and GRIMMWAY ENTERPRISES, INC., a California corporation doing business as GRIMMWAY FARMS,<br><br>    Plaintiffs<br><br>vs.<br><br>VERSA MARKETING, INC., a California corporation, ALFRED J. GOULARTE, an individual, and ARNOLD E. HUMMEL, an individual,<br><br>    Defendants. | CASE NO. 1:18-CV-01159-AWI-BAM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>Date Action Filed: August 24, 2018<br>Trial Date: None Set |

Defendant Versa Marketing, Inc.("Defendant") and Plaintiffs Smith Frozen Foods, Inc. and Grimmway Enterprises, Inc., by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs served their Complaint on September 10, 2018;

WHEREAS, Defendants; responses to the Complaint was due on October 1, 2018;

WHEREAS, Defendant Versa Marketing, Inc. filed a Chapter 11 bankruptcy proceeding on or about September 7, 2018;

WHEREAS, Plaintiffs and Defendants hereto are actively engaged in establishing an arrangement within the bankruptcy proceedings for the payment of the PACA claims asserted in the Complaint, and which is expected to obviate the need for the filing of any

response by the Defendants;

WHEREAS, Defendants have requested and Plaintiffs have consented to an additional 40 days for Defendants' answers or responses to the Complaint;

WHEREAS, an additional 40 days for the Defendants' answer or response to the Complaint will not alter the date of any event of deadline already fixed by the Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants shall answer or otherwise respond to Plaintiff's Complaint by November 15, 2018.

Dated: October 9, 2018   WALTER WILHELM LAW GROUP
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter, Attorneys for Defendant
Versa Marketing, Inc.

Dated: October 9, 2018   MEUERS LAW FIRM, P.I.

By: /s/ Steven De Falco
Steven De Falco, Attorneys for
Plaintiffs Smith Frozen Foods, Inc. and
Grimmway Enterprises, Inc.

**ORDER**

The parties having stipulated and good cause appearing therefore, the Court hereby grants the requested extension of time to Defendant Versa Marketing to respond to the Complaint to November 15, 2018.

IT IS SO ORDERED.

Dated:  **October 10, 2018**       /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE